UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
YVETTE WALKER, ALFONSO RUBIO, and :
ORLANDO COTTMAN, *on behalf of* :
*themselves, FLSA Collective Plaintiffs, and the* :
*Class*, : 23-CV-3938 (VSB)
:
                       Plaintiffs, : **ORDER**
:
                 -against- :
:
BROSNAN RISK CONSULTANTS, LTD., :
:
                 Defendant. :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On October 4, 2023, I approved a joint case management plan and scheduling order in this case and scheduled a telephonic post-discovery conference for August 21, 2024 at 1:00pm. (Doc. 19.) On October 31, 2023 and in response to a joint request from the parties, I stayed this case so that the parties could engage in private medication. (Doc. 38.) Since then, Plaintiffs have moved to reopen the case, (Doc. 39), have requested I order Defendant to produce certain documents, (Doc. 42), and have moved to sanction and disqualify counsel for Defendant, (Doc. 44). In light of the stay and because discovery is not complete in this action, it is hereby:

      **ORDERED** that the post-discovery conference currently scheduled for August 21, 2024 at 1:00pm is **ADJOURNED** sine die.

      A decision on the pending motions will issue in due course.

SO ORDERED.

Dated:   August 20, 2024
            New York, New York

                                                 Vernon S. Broderick
                                               United States District Judge