**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

YVETTE WALKER, ALFONSO RUBIO, and
ORLANDO COTTMAN, *on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class,*

      **Case No.**:  1:23-cv-03938

      Plaintiffs,

  v.

      **RULE 68 JUDGMENT**

BROSNAN RISK CONSULTANTS, LTD.,
      Defendant.

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant having offered to allow Plaintiffs Yvette Walker and Orlando Cottman ("Plaintiffs") to take a judgment against it, in the sum of Two Hundred Thousand  Dollars and No Cents ($200,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiffs' claims against Defendant, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated May 11, 2026 and filed as Exhibit A to Docket Number 60;

      **WHEREAS**, on May 13, 2026, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendant's Offer of Judgment (Dkt. No. 60);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Yvette Walker and Orlando Cottman, in the sum of $200,000.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated May 11, 2026 and filed as Exhibit A to Docket Number 60. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: May 18, 2026
      New York, New York

Vernon S. Broderick
United States District Judge